# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

Margaret J Lowery,

                          Plaintiff,

vs.

Rachel Miller et al,

                          Defendant.

Case No.: 24-cv-00204-SEH-JFJ

Proceeding: Motion Hearing
Date: 5/2/2024
Time: 2:38 p.m. - 2:51 p.m.

**MINUTE SHEET – MOTION HEARING**

Sara E. Hill, U.S. District Judge      A. Gifford, Deputy Clerk      Sean Gumm, Reporter

Counsel for Plaintiff: Ronald Wilkinson

Minutes: Case called for hearing on MOTION for Temporary Restraining Order and/or Temporary Injunction (doc. 2). No parties or counsel present for defendants. Court inquires with counsel regarding the motion and jurisdiction. Court denies MOTION for Temporary Restraining Order and/or Temporary Injunction (doc. 2). Separate Order to be entered.